■ CUSHMAN & WAKEFIELD, INC., Appellant, v. JOHN DAVID, INC., et al., Respondents.— Appeal from order entered on June 21, 1965, dismissed, without costs and without disbursements. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

## (March 10, 1966)

■ In the Matter of MORRIS SOMERS, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ In the Matter of SEYMOUR HARRY EIDMAN, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Rabin, J. P., McNally, Eager and Steuer, JJ.

### (Republished)

■ In the Matter of MAX BOHLAND, Petitioner, v. ARTHUR MARKEWICH, as Justice of the Supreme Court of the State of New York, County of New York, Respondent.— Application denied and proceeding dismissed, without costs and without disbursements. The stay contained in the order of this court entered on January 18, 1966 is vacated. The order of this court entered on March 3, 1966 is vacated. No opinion. [25 A D 2d 717.] Concur — Botein, P. J., Breitel, Steuer and Staley, JJ.